IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number _____
(To be supplied by the U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. PARTIES

A. Plaintiff

1. (a) __Joseph Hunt__   (b) __1053538__
   (Name)                (Inmate number)

   (c) __I.C.C.C., 801 Sanderson Road__
       (Address)
   __PO Box 14681__
   __Chesapeake, VA 23328-6481__

Plaintiff MUST keep the Clerk of Court notified of any changes of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the Color of State law are proper defendants under Section § 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section § 1983. In addition, liability under Section § 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section § 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not person under Section § 1983.

B. Defendant(s):

1. (a) __James Parks__   (b) __Director of Offender Management__
   (Name)                (Title/Job Description) __Services for the VA D.O.C.__
   __6900 Atmore Drive__
   (c) __P.O. Box 26963__
       (Address)
   __Richmond, VA 23261__



2. (a) <u>Harold Clarke</u>  (b) <u>Director of VA D.O.C.</u>
       (Name)                    (Title/Job Description)

   (c) <u>6900 Atmore Drive</u>
       <u>P.o. Box 26963</u>
       (Address)

       <u>Richmond, VA 23261</u>

3. (a) _____  (b) _____
       (Name)                    (Title/Job Description)

   (c) _____
       (Address)

   _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the Complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [✓]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2. Court (if federal court, name the district; if state court, name the county):

   _____

   3. Date lawsuit filed: _____

    4.    Docket number: _____

    5.    Name of Judge to whom case was assigned: _____

_____

    6.    Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?): _____

_____

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: **Indian Creek Correctional Center**

B. Does the institution listed in "A" have a grievance procedure? Yes [✓]   No [ ]

C. If your answer to "B" is Yes:

    1.    Did you file a grievance based on this complaint?   Yes [ ]   No [✓]

    2.    If so, where and when: _____

    3.    What was the result? _____

_____

    4.    Did you appeal?   Yes [ ]   No [ ]

    5.    Result of appeal: _____

_____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities?   Yes [✓]   No [ ]

If your answer is yes, what steps did you take? **In February 2020, I spoke with Counselor OluKanni, and Unit Manager Ms. Woods about my violation of Constitutional rights concerning a Release Date.**

E. If your answer is No, explain why did you not submit your complaint to the prison authorities: **The above mentioned correctional authorities told me that calculation of my release date is not their responsibility.**

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

Proceeding pro se, Plaintiff Joseph Hunt files this complaint pursuant to 42 U.S.C. Sec. 1983, alleging that James Parks, the Director of Offender Management Services and Harold Clarke, the Director of the Virginia Dept. of Corrections violated my constitutional rights by failing to compute a release date years after sentencing was final. Plaintiff was deprived rights secured by the Constitution and laws of the United States, specifically the 5th, 8th, and 13th Amendment, and that this deprivation was committed by a person acting under color of state law. West v. Atkins, 487 U.S. 42, 48 (1988). The 8th Amendment states that there shall be no cruel and unusual punishment. Plaintiff has been finished with court for over two years, in custody, and subjected to cruel and unusual punishment because having no release date is mentally and psychologically challenging. As documented by family members and mental health professionals, plaintiff is experiencing high anxiety and depressive mood disorders resulting from the negligence of the VA Dept. of Corrections in not computing a release date 24 months after all court and sentencing procedures expired. According to Sec. 2246 of title 18 prisoner showing physical injury while in custody is due relief. 42 U.S.C. Sec. 1997e(e).

## V. RELIEF

I understand that in a Section Œ 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a Writ of Habeas Corpus if I desire this type of relief. __J. H.__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__✓__ Award money damages in the amount of $ __10,000.00__

__✓__ Grant injunctive relief by __Computing Release Date__

____ Other _____

## IV. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide addresses for each institution.

__Indian Creek Correctional Center, 801 Sanderson Road__
__Chesapeake, VA 23328-6481__

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge: Yes [✓]   No [ ].** You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __21st__ day of __February__, 20 __20__.

Plaintiff __Joseph Hunt__